

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00015-CR

| | | |
|---|---|---|
| DEMETRICE M. GILSTRAP, Appellant | § | On Appeal from Criminal District Court No. 3 |
| | § | |
| | | of Tarrant County (1568635D) |
| | § | |
| V. | | May 27, 2021 |
| | § | |
| | | Memorandum Opinion by Justice |
| | § | Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel